# NO. 12-13-00159-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JONES PAINT & BODY SHOP AND DAVID N. JONES, APPELLANTS* | *§* | *APPEAL FROM THE 114TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *LARRY PARENT, APPELLEE* | *§* | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.3.

Pursuant to Rule 32.1, Appellants' docketing statement was due to have been filed at the time the appeal was perfected, i.e., May 10, 2013.  *See* TEX. R. APP. P. 32.1.  On May 16, 2013, this Court notified Appellants that they should file a docketing statement within ten days if they had not already done so.  On the same date, this Court sent Appellants a second notice requesting that they remit the filing fee for the appeal.

Appellants did not file the docketing statement or pay the filing fee.  Accordingly, on May 31, 2013, this Court issued another notice advising Appellants that the docketing statement was past due.  The notice also advised Appellants that the filing fee was due to have been paid on or before May 28, 2013, but had not been received.  *See* TEX. R. APP. P. 5 (requiring payment of filing fee at time an item is presented for filing).  The notice further provided that unless the docketing statement was filed and the filing fee paid on or before June 10, 2013, the appeal would be presented for dismissal in accordance with Rule 42.3.  The time for filing the docketing statement and paying the filing fee has expired, and Appellants have not complied with the

Court's request.  Because Appellants have failed, after notice, to comply with Texas Rules of Appellate Procedure 5 and 32.1, the appeal is ***dismissed***.  *See* TEX. R. APP. P. 42.3(c).

Opinion delivered June 19, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 19, 2013**

**NO. 12-13-00159-CV**

**JONES PAINT & BODY SHOP AND DAVID N. JONES**,
Appellants
V.
**LARRY PARENT**,
Appellee

Appeal from the 114th Judicial District Court
of Smith County, Texas. (Tr.Ct.No. 12-2816-B)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*